AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TYSON TIMBS *on his own behalf, and on behalf of a class of those similarly situated*

    Plaintiff(s)
      v.                                                                  **Civil Action No. 1:17-cv-372**

JAMES LUTTRULL *The Grant County Prosecutor, in his official capacity and individual capacity*

REGGIE NEVELS *The Grant County Sherriff, in his official capacity and individual capacity*

ANGELA HALEY *The Marion Police Chief, in her official capacity and individual capacity*

    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: This case is DISMISSED

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Theresa L. Springmann on a Motion to Dismiss filed by Defendants

DATE:   February 12, 2018          ROBERT TRGOVICH, CLERK OF COURT
                                                   by   /s/Jason Schrader
                                                       *Signature of Clerk or Deputy Clerk*